IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TINIKA KYLER,

    Plaintiff,

v.                               CASE NO. 4:12cv176-RH/CAS

DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA,

    Defendant.

_____/

## ORDER GRANTING SUMMARY JUDGMENT

For the reasons set out on the record of the hearing on February 15, 2013, the defendant's summary-judgment motion, ECF No. 37, is GRANTED. The clerk must enter judgment stating, "The plaintiff Tinika Kyler's claims against the defendant Department of Corrections, State of Florida are dismissed with prejudice." The clerk must close the file.

SO ORDERED on February 20, 2013.

                                              s/Robert L. Hinkle
                                              United States District Judge